JS-6

ENTER

1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   CARPENTERS SOUTHWEST                    No. CV 07-2427 PA (SHx)
     ADMINISTRATIVE CORPORATION, a
12   California non-profit corporation; and   JUDGMENT
     BOARD OF TRUSTEES FOR THE
13   CARPENTERS SOUTHWEST
     TRUSTS,
14
                    Plaintiffs,
15
              v.
16
     SHANE KEVIN WILLIAMS,
17   individually and doing business as S & W
     SYSTEMS, a partnership, and as S & W
18   SYSTEMS, a sole ownership; SURETY
     COMPANY OF THE PACIFIC, a
19   California corporation; and DOES 1
     through 10, inclusive,
20
                    Defendants.
21

22   In accordance with the Court's December 3, 2007 Minute Order, the Court has

23   granted summary judgment in favor of plaintiffs Carpenters Southwest Administrative

24   Corporation and Board of Trustees for the Carpenters Southwest Trusts ("Plaintiffs").

25         It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is

26   entered in this action as follows:

27         1.     Plaintiffs shall recover from defendant Shane Kevin Williams, individually

28   and doing business as S & W Systems, a partnership, and as S & W Systems, a sole

ownership ("Defendant"), unpaid contributions, liquidated damages, prejudgment interest, and audit fees in the total amount of $98,247.38;

2.      Post judgment interest pursuant to 28 U.S.C. § 1961(a) at an annual rate of 3.30%; and

3.      Plaintiffs shall recover their costs of suit from Defendant.


DATED:  December 3, 2007


_____
Percy Anderson
UNITED STATES DISTRICT JUDGE